**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00765-EJY |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | **[Proposed]** |
| MARIO VILLEGAS-MEZA, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 17th day of September, 2021.

*Elayna Youchah*
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

```
____FILED         ____RECEIVED
____ENTERED       ____SERVED ON
       COUNSEL/PARTIES OF RECORD

         SEP 17 2021

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```